IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr25 LG-JCG

FERNANDO GARCIA-SANCHEZ  18 U.S.C. § 1952(a)(3)

**The United States Attorney charges:**

That on or about December 3, 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **FERNANDO GARCIA-SANCHEZ**, did travel in interstate commerce from the State of Georgia to the Southern District of Mississippi and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity, in violation of Section 1952(a)(3), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney